# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CRAIG L. MILLER,

    Plaintiff,    :    Case No. 3:12-cv-366

        District Judge Timothy S. Black
  -vs-        Magistrate Judge Michael R. Merz

    :

ABBOTT LABORATORIES INC,
  et al.,

    Defendants.

## RECUSAL ORDER

Pursuant to 28 U.S.C. § 455(b)(4), I disqualify myself from further judicial activity in this case and direct the Clerk to transfer the reference herein to one of the other Magistrate Judges resident at Dayton.

        s/ *Michael R. Merz*
        United States Magistrate Judge