**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CRAIG L. MILLER, | : | |
| | | Case No. 3:12-CV-366 |
| Plaintiff, | | |
| | : | District Judge Timothy S. Black |
| v. | | Magistrate Judge Michael J. Newman |
| | | |
| ABBOTT LABORATORIES, INC., *et al*. | | |
| | : | |
| Defendants. | | |

**ORDER REGARDING SERVICE OF PROCESS**

Now before the Court is Plaintiff's *pro se* Complaint (doc. 1). On October 30, 2012, Magistrate Judge Michal R. Merz granted Plaintiff's application to proceed *in forma pauperis*. On October 31, Magistrate Judge Merz issued a Recusal Order pursuant to 28 U.S.C. § 455(b)(4) (doc. 3), and this case was reassigned to the undersigned.

The Court has reviewed *pro se* Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2), and finds, at this early juncture in the litigation, that dismissal of that pleading is not warranted. Therefore, the United States Marshal ("USM") is **ORDERED** to make service of process in this case under Fed. R. Civ. P. 4(c)(3) upon presentation of properly completed process, copies of the Complaint, and the USM Form 285. All costs of service shall be advanced by the United States.

**IT IS SO ORDERED.**

November 1, 2012

                                                                   **s/Michael J. Newman**
                                                          United States Magistrate Judge