IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CRAIG L. MILLER, | : | Case No. 3:12-cv-366 |
| Plaintiff, | : | District Judge Timothy S. Black<br>Magistrate Judge Michael J. Newman: |
| -vs- | : | |
| ABBOTT LABORATORIES, INC., *et al.*, | : | |
| Defendants. | : | |

**NOTICE TO *PRO SE* PLAINTIFF UPON
FILING OF MOTION TO DISMISS**

You are hereby notified that the Defendants have filed a motion to dismiss in your case. You should have received a copy of the motion directly from the Defendants.

Your response to this motion must be filed not later than twenty-four (24) days after the motion to dismiss was filed with the Court (on December 20, 2012), *i.e.*, on or before **Monday, January 14, 2013**. You must include a certificate that you have served your memorandum on all parties in the case.

January 2, 2013                                         s/ **Michael J. Newman**
                                                        United States Magistrate Judge