# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| CRAIG MILLER, | Case No.: 3:12-CV-366 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Michael J. Newman |
| vs. | |
| ABBOTT LABRATORIES, INC., *et al.*, | |
| Defendants. | |

_____

## CONDITIONAL ORDER OF DISMISSAL
_____

The Court having been advised by Magistrate Judge Sharon L. Ovington that this case has successfully mediated and settled in the Court's presence;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Dated: 3/21/2013

_s/ Timothy S. Black_____
Timothy S. Black
United States District Judge